# Court of Appeals
# of the State of Georgia

ATLANTA, February 23, 2022

*The Court of Appeals hereby passes the following order*

**A22I0127. ANGEL WATTS v. KIMBERLY GLANCY.**


Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

21SV00055




*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, February 23, 2022.*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*